Robin K. Perkins, SBN: 131252
Natalia D. Asbill, SBN: 281860
PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:     916. 446.2000
Facsimile:      916. 447.6400
rperkins@perkins-lawoffice.com
nasbill@perkins-lawoffice.com

Attorneys for Plaintiffs
DAVID VILLEGAS

James Sanchez, City Attorney, SBN: 116356
Kathleen T. Rogan, Senior Deputy City Attorney, SBN: 186055
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: 916.808-5346
Facsimile:  916.808.7455
krogan@cityofsacramento.org

Attorneys for Defendant
CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VILLEGAS,<br><br>          Plaintiff<br><br>     v.<br><br>CITY OF SACRAMENTO, a public entity and a political subdivision of the State of California; and DOES 1 through 20, inclusive.<br><br>          Defendants. | Case No.  2:14-CV-02703-MCE-DB<br><br>**REQUEST, STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE**<br><br>Trial: January 23, 2017<br><br>Final Pretrial Conference: December 1, 2016<br><br>Trial Brief Due:  November 16, 2016 |

Plaintiff David Villegas ("Plaintiff"), through his counsel of record Natalia D. Asbill, and Defendant City of Sacramento ("Defendant"), through its counsel of record Kathleen T. Rogan, collectively herein after the "Parties" submit this Request and Stipulation for Settlement Conference.

Pursuant to Local Rule 270, the parties voluntarily consent, stipulate and agree to proceed before the assigned, Magistrate Judge Allison Claire, Magistrate Judge Kendall Newman, or another

available United States Magistrate Judge for a Settlement Conference in this matter.

The Parties further request this matter be set and scheduled for a Settlement Conference within the next thirty (30) to forty-five (45) days. Dates on which counsel are not available for the conference are: October 3 - 5, 7, 11-12, 17 – 19; November 1-4, 7, 14, 18, 21; December 6-8, 23, 27-30, January 3-4.

**IT IS SO STIPULATED.**

Dated: September 23, 2016         PERKINS & ASSOCIATES

By: /s/ *Natalia D. Asbill*
Natalia D. Asbill
Attorneys for Plaintiff
David Villegas

Dated: September 23, 2016         JAMES SANCHEZ,
City Attorney

By: /s/ *Kathleen T. Rogan*
Kathleen T. Rogan
Senior Deputy City Attorney
Attorney for Defendant
City of Sacramento

**IT IS HEREBY ORDERED** that this matter be set for a Settlement Conference on November 15, 2016, at 9:30 AM, before Magistrate Judge Carolyn K. Delaney in Courtroom 24. The Clerk's Office is directed to assign Judge Delaney as the Settlement Conference Judge in this case.

IT IS SO ORDERED.

Dated: September 26, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Stipulation and Request for Settlement Conference; Order**         2.