Robin K. Perkins, SBN: 131252
Natalia D. Asbill, SBN: 281860
PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:   916. 446.2000
Facsimile:    916. 447.6400
rperkins@perkins-lawoffice.com
nasbill@perkins-lawoffice.com

Attorneys for Plaintiffs
DAVID VILLEGAS

James Sanchez, City Attorney, SBN: 116356
Kathleen T. Rogan, Senior Deputy City Attorney, SBN: 186055
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: 916.808-5346
Facsimile:  916.808.7455
krogan@cityofsacramento.org

Attorneys for Defendant
CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VILLEGAS,<br><br>           Plaintiff<br><br>           v.<br><br>CITY OF SACRAMENTO, a public entity and a political subdivision of the State of California; and DOES 1 through 20, inclusive.<br><br>           Defendants. | Case No.  2:14-CV-02703-MCE-AC<br><br>**ORDER ON STIPULATED DISMISSAL (FRCP, Rule 41(a)(1)**<br><br>CTRM:    7, 14th Floor<br>Judge:     Hon. Morrison C. England, Jr.<br>Trial Date: January 23, 2017 |

On November 21, 2016, the parties jointly submitted a Stipulation of Dismissal to the Court. ECF No. 20.

Accordingly, the instant matter is DISMISSED with prejudice, and the parties will bear their own respective costs, including attorney fees and other litigation expenses.

1  The Clerk of the Court is directed to close the case.

2  IT IS SO ORDERED.

3  Dated: January 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Order on Stipulated Dismissal**          2.